John A. GERACE, Claimant-Appellant

v.

David J. SHULKIN, Secretary of Veterans Affairs, Respondent-Appellee

2017-1562

United States Court of Appeals, Federal Circuit.

February 7, 2018

JOSHUA SIBBLE, Baker Botts, LLP, New York, NY, argued for claimant-appellant.

RENEE BURBANK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; BRIAN D. GRIFFIN, AMANDA BLACKMON, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

Per Curiam

## JUDGMENT

(Lourie, O'Malley, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**